UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DOCKET NO. 5:95-CR-107-001BO

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
) ORDER OF ABATEMENT
vs. )
)
LINDA LOUISE SNELL, )
)
          Defendant. )

It now appearing to the court that the said Linda Louise Snell died on or about October 2, 2012. At which time a remaining liability existed in the amount of $22,223.51.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 23 day of January, 2013.

_____
United States District Court Judge